PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

MAY 18 2015

CLERK_____
SO. DIST OF GA

UNITED STATES OF AMERICA

v.

Deadria L. Evans

Crim. No.   4:14CR00282-1

On September 16, 2014, the above-named was placed on probation for a period of twelve months.  She has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that Deadria L. Evans be discharged from supervision.

Respectfully submitted,

Tim Williams
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _18th_ day of May, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA